IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> HILARY COOLEY, in her official capacity as U.S. Fish and Wildlife Service Grizzly Bear Recovery Coordinator, et al., <br><br> Defendants, <br><br> and <br><br> STATE OF IDAHO, <br><br> Defendant-Intervenor. | CV 21–136–M–DWM <br><br><br> ORDER |

Federal Defendants move unopposed for a 30-day extension of the April 12, 2023 deadline, (Doc. 45), to respond to Plaintiffs' motion seeking attorneys' fees and costs, (*see* Doc. 43), due to their engagement in settlement negotiations on that issue. This is Federal Defendants' first request for an extension of time to respond. Accordingly,

IT IS ORDERED that Federal Defendants' motion (Doc. 45) is GRANTED. The April 12, 2023 deadline to respond to Plaintiff's fees and costs motion is

VACATED and RESET for May 12, 2023. **No further extensions will be granted.**

DATED this 4th day of April, 2023.

_____
Donald W. Molloy, District Judge
United States District Court