IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> HILARY COOLEY, in her official capacity as U.S. Fish and Wildlife Service Grizzly Bear Recovery Coordinator, et al., <br><br> Defendants, <br><br> and <br><br> STATE OF IDAHO, <br><br> Defendant-Intervenor. | CV 21–136–M–DWM <br><br><br> ORDER |

On March 15, 2023, the United States Fish and Wildlife Service ("Service") was ordered to file a notice proposing a detailed timeline for the completion of either a supplemental EIS or a new EIS. (Doc. 42 at 34.) On April 14, the Service submitted its proposal, which outlines its intent to "initiate a new NEPA process, including a draft and final EIS and a new ROD, rather than supplementing the outdated November 2000 EIS." (Doc. 47.) On April 24, Plaintiffs noticed their agreement to the Service's proposal and timeline. (Doc. 48.)

Accordingly, IT IS ORDERED that the Service's proposal and timeline (Doc. 47) is approved. Any future challenges to the Service's action related to this matter must be brought in a separate action. The Clerk of Court is directed to enter judgment and close the case.

DATED this 26th day of April, 2023.

_____
Donald W. Molloy, District Judge
United States District Court