IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br><br>Plaintiff,<br><br>vs.<br><br>HILARY COOLEY, in her official capacity as U.S. Fish and Wildlife Service Grizzly Bear Recovery Coordinator, et al.,<br><br><br>Defendants,<br><br>and<br><br>STATE OF IDAHO,<br><br><br>Defendant-Intervenor. | CV 21-136-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order of April 26, 2023, (Doc. 50), that the Service's proposal and timeline is approved, and the above entitled case is now closed.

Dated this 26th day of April, 2023.



By: /s/ Tyler P. Gilman
TYLER P. GILMAN, CLERK