IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> HILARY COOLEY, in her official capacity as U.S. Fish and Wildlife Service Grizzly Bear Recovery Coordinator, et al., <br><br> Defendants, <br><br> and <br><br> STATE OF IDAHO, <br><br> Defendant-Intervenor. | CV 21–136–M–DWM <br><br><br> ORDER |

The parties jointly move for a stay of the briefing schedule, (Doc. 53), to respond to Plaintiffs' motion seeking attorneys' fees and costs, (*see* Doc. 43). The parties have indicated that they have reached a settlement agreement to resolve Plaintiffs' motion and are waiting for approval from the Attorney General. (*See* Doc 53.) Federal Defendants' first request for an extension of time to respond was granted, wherein the parties were instructed that "[n]o further extensions will be granted." (Doc. 46.) Accordingly,

IT IS ORDERED that the parties' joint motion (Doc. 53) is DENIED.

DATED this 5th day of May, 2023.

                                    Donald W. Molloy, District Judge
                                    United States District Court