IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>HILARY COOLEY, in her official capacity as U.S. Fish and Wildlife Service Grizzly Bear Recovery Coordinator, et al.,<br><br>Defendants. | CV 21–136–M–DWM<br><br><br>ORDER |

On March 29, 2023, Plaintiffs moved for fees and costs. (Doc. 43.) Federal Defendants have now provided notice that the parties have reached a settlement agreement on that issue. Accordingly,

IT IS ORDERED that Plaintiffs' motion for fees and costs, (Doc. 43), is

1

DENIED as MOOT.

IT IS FURTHER ORDERED that the parties' settlement agreement (Doc. 55-1) is APPROVED.

DATED this 18th day of May, 2023.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court